Jeffrey M. Edelson, OSB #88040
MARKOWITZ, HERBOLD, GLADE
 & MEHLHAF
Suite 3000 Pacwest Center
1211 S.W. Fifth Avenue
Portland, OR  97204
Tel:  (503) 295-3085
Fax:  (503) 323-9105

G. John Cento, Esq.
Admitted *Pro Hac Vice*
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
Tel: (404) 815-6447
Fax: (404) 541-4632

FILED'06 DEC 01 16:01USDC-ORP

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

MICHAEL ANDERSON,

                Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC;
TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.; and U.S.
BANK, N.A.,

                Defendants.

CASE NO. CV-05-1741-ST

**ORDER**

THIS MATTER having come before the Court on Plaintiff, Michael Anderson,

and Defendant Equifax Information Services LLC's Stipulation of Dismissal with

Prejudice and pursuant to FRCP 41(a)(2).

3

US1900 9162573.1

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Equifax Information Services LLC, only, are dismissed with prejudice and without costs or fees to either party.

DONE AND SO ORDERED on this ／t day of _____ , 2006.


_____
JUDGE

4