FILED'07 MAY 14 10:20USDC-ORP

**MICHAEL C. BAXTER**
Oregon State Bar ID Number 91020
michael@baxterlaw.com
**JUSTIN M. BAXTER**
Oregon State Bar ID Number 99217
justin@baxterlaw.com
Baxter & Baxter, LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172
Attorneys for Plaintiffs Anderson

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

**MICHAEL ANDERSON and KATRINA ANDERSON**,

        Plaintiffs,

v.

**EQUIFAX INFORMATION SERVICES LLC**, a foreign corporation,
**TRANS UNION LLC**, a foreign corporation,
**EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation, and,
**U.S. BANK, N.A.**, dba **ELAN FINANCIAL SERVICES**, a foreign corporation,

        Defendants.

Case No. CV-05-1741-ST

**ORDER DISMISSING DEFENDANT U.S. BANK, N.A.**

THIS MATTER having come before the Court on the STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT U.S. BANK, N.A. and pursuant to FRCP 41(a)(2);

Page 1 ORDER DISMISSING DEFENDANT U.S. BANK, N.A.

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against U.S. Bank, N.A., dba Elan Financial Services, only, are dismissed with prejudice and without costs or fees to either party.

DONE AND SO ORDERED on this 14th day of May, 2007.

_____
HONORABLE JANICE STEWART

Page 2 ORDER DISMISSING DEFENDANT U.S. BANK, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing ORDER DISMISSING DEFENDANT U.S. BANK, N.A. on:

William J. Larkins, Jr.
Julie R. Vacura
Larkins Vacura LLP
808 SW Third Avenue, Suite 540
Portland, OR 97204                    Attorneys for Defendant U.S. Bank, N.A.

Brian Frontino
Stephen J. Newman
Julie S. Stanger
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067

Jennifer L. Bouman
Bullard Smith Jernstedt Wilson
1000 SW Broadway, Suite 1900
Portland, OR 97205                    Attorneys for Defendant Trans Union LLC

   [ ] Via First Class Mail

   [ ] Via Hand Delivery

   [ ] Via Facsimile

   [x] Via Electronic Deliver (CM/ECF)

DATED this 11th day of May, 2007.

/s/ Michael C. Baxter
_____
Michael C. Baxter, OSB #91020
Justin M. Baxter, OSB #99217
Baxter & Baxter LLP
Telephone (503) 297-9031
Facsimile (503) 291-9172
Attorneys for Plaintiffs Anderson

Page 3 ORDER DISMISSING DEFENDANT U.S. BANK, N.A.