**MICHAEL C. BAXTER**
Oregon State Bar ID Number 91020
michael@baxterlaw.com
**JUSTIN M. BAXTER**
Oregon State Bar ID Number 99217
justin@baxterlaw.com
Baxter & Baxter, LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172
Attorneys for Plaintiffs Anderson

RECV'D 07 MAY 18 12:43 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| **MICHAEL ANDERSON and KATRINA ANDERSON,**<br><br>Plaintiffs,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES LLC**, a foreign corporation,<br>**TRANS UNION LLC**, a foreign corporation,<br>**EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation, and,<br>**U.S. BANK, N.A.**, dba **ELAN FINANCIAL SERVICES**, a foreign corporation,<br><br>Defendants. | Case No. CV-05-1741-ST<br><br>**ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

THIS MATTER having come before the Court on the STIPULATION OF DISMISSAL

WITH PREJUDICE OF DEFENDANT U.S. BANK, N.A. and pursuant to FRCP 41(a)(2);

**ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**
Page 1

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against **EXPERIAN INFORMATION SOLUTIONS, INC.**, only, are dismissed with prejudice and without costs or fees to either party.

DONE AND SO ORDERED on this 18th day of May, 2007.

_____
HONORABLE JANICE STEWART

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** on:

William J. Larkins, Jr.
Julie R. Vacura
Larkins Vacura LLP
808 SW Third Avenue, Suite 540
Portland, OR 97204                Attorneys for Defendant U.S. Bank, N.A.

Brian Frontino
Stephen J. Newman
Julie S. Stanger
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067

Jennifer L. Bouman
Bullard Smith Jernstedt Wilson
1000 SW Broadway, Suite 1900
Portland, OR 97205                Attorneys for Defendant Trans Union LLC

    [ ]  Via First Class Mail

    [ ]  Via Hand Delivery

    [ ]  Via Facsimile

    [x]  Via Electronic Deliver (CM/ECF)

DATED this 18th day of May, 2007.

                                /s/ Justin M. Baxter
                                _____
                                Michael C. Baxter, OSB #91020
                                Justin M. Baxter, OSB #99217
                                Baxter & Baxter LLP
                                Telephone (503) 297-9031
                                Facsimile (503) 291-9172
                                Attorneys for Plaintiffs Anderson