Jennifer L. Bouman, OSB No. 00028
Bullard Smith Jernstedt Wilson
1000 SW Broadway, Suite 1900
Portland, OR 97205
503-248-1134/Telephone
503-224-8851/Facsimile
jbouman@bullardlaw.com

Stephen J. Newman (pro hac vice)
Brian C. Frontino (pro hac vice)
Julie S. Stanger (pro hac vice)
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendaring@stroock.com

Attorneys for Defendant
 TRANSUNION LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL and KATRINA ANDERSON,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, a foreign corporation, TRANSUNION LLC, a foreign corporation, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, and U.S. BANK, N.A., dba ELAN FINANCIAL SERVICES, a foreign corporation,<br><br>　　　　　Defendants. | Case No. CV-05-1741-ST<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANSUNION LLC**<br><br>Action Filed: November 16, 2005 |

LA 51020303

WHEREAS, plaintiffs Michael Anderson and Katrina Anderson ("Plaintiffs") and defendant TransUnion LLC ("TransUnion") have reached a settlement of the claims against TransUnion in this action.

IT IS HEREBY STIPULATED by and between Plaintiffs and TransUnion that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure as to TransUnion only, with Plaintiffs and TransUnion to bear their own costs and attorneys' fees.

Dated: February 19, 2008

BULLARD SMITH JERNSTEDT WILSON
JENNIFER L. BOUMAN

STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN
BRIAN C. FRONTINO
JULIE S. STANGER

By: _____/s/_____
Brian C. Frontino

Attorneys for Defendant
TRANSUNION LLC

Dated: February 19, 2008

BAXTER & BAXTER LLP
MICHAEL C. BAXTER
JUSTIN M. BAXTER

By: _____/s/_____
Justin M. Baxter

Attorneys for Plaintiffs
MICHAEL ANDERSON AND KATRINA ANDERSON

LA 51020303

- 1 -

IT IS HEREBY ORDERED, that plaintiffs' claims against defendant TransUnion LLC, only, are dismissed with prejudice and without costs or fees to either party.

DONE AND SO ORDERED on this 20th day of February _____, 2008.

_____
HONORABLE JANICE STEWART
UNITED STATES MAGISTRATE JUDGE